ACCEPTED
01-15-00544-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/19/2015 2:48:38 PM
CHRISTOPHER A. PRINE
CLERK

6/15/2015 4:22:12 PM
Chris Daniel - District Clerk Harris County
Envelope No. 5683141
By: Phyllis Washington
Filed: 6/15/2015 4:22:12 PM

Cause No. 2010-40764

| | | |
|---|---|---|
| TERRY NEFF, Derivatively on Behalf of WEATHERFORD INTERNATIONAL LTD., <br><br> Plaintiff, <br><br> vs. <br><br> NICHOLAS F. BRADY, DAVID J. BUTTERS, WILLIAM E. MACAULAY, ROBERT B. MILLARD, ROBERT K MOSES, JR., ROBERT A RAYNE, BERNARD J. DUROC-DANNER, and BRUCE M. MARTIN <br><br> Defendants, <br><br> – and – <br><br> WEATHERFORD INTERNATIONAL LTD., a Swiss corporation, <br><br> Nominal Defendant. | § § § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT OF <br><br>FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>6/19/2015 2:48:38 PM<br>CHRISTOPHER A. PRINE<br>Clerk<br> HARRIS COUNTY, TEXAS <br><br><br> 270TH JUDICIAL DISTRICT <br><br><br> *Consolidated Action* |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Terry Neff and Iron Workers Mid-South Pension Fund ("Plaintiffs") desire to appeal from: (1) the Court's May 14, 2015 Order Sustaining Defendant Burt M. Martin's Special Exceptions; (2) the Court's May 14, 2015 Order Granting Nominal Defendant Weatherford International Ltd.'s Plea to the Jurisdiction and Special Exceptions; (3) the Court's May 18, 2015 Order Granting Defendant Bernard J. Duroc-Danner's Plea to the Jurisdiction and Special Exceptions; and (4) the Court's May 18, 2015 Order Granting Individual Director Defendants' Plea to the Jurisdiction and Special Exceptions entered in Cause No. 2010-40764, *Neff v. Brady, et al.*, in the 270th Judicial District Court of Harris County, Texas. The appeal will be to the First or Fourteenth Court of Appeals.

- 1 -

## Local Rule Notice of and Assignment of Related Cases in Appeals

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, the undersigned hereby certifies that there have been no related appeals or original proceedings previously filed in either the First or Fourteenth Court of Appeals.

DATED: June 15, 2015

Respectfully submitted,

KENDALL LAW GROUP, LLP

_Jamie McKey_

JOE KENDALL (State Bar No. 11260700)
JAMIE J. McKEY (State Bar No. 24045262)
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
GEORGE C. AGUILAR
JAY N. RAZZOUK
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: 619/525-3990
619/525-3991 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
ERIK W. LUEDEKE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

_Attorneys for Plaintiffs Terry Neff and Iron Workers Mid-South Pension Fund_

1033474

- 2 -

## CERTIFICATE OF SERVICE

I, Jamie J. McKey, hereby certify that on June 15, 2015, a true and correct copy of the foregoing was served on the following counsel in accordance with the Texas Rules of Civil Procedure:

James A. Reeder, Jr.
Jeffrey S. Johnston
Stacy M. Neal
Nicholas Shum
Stephanie Miller
VINSON & ELKINS LLP
1001 Fannin St., Suite 2500
Houston, TX 77002
jreeder@velaw.com
jjohnston@velaw.com
sneal@velaw.com
nshum@velaw.com
smiller@velaw.com

N. Scott Fletcher
Elizabeth G. Myers
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
sfletcher@jonesday.com
egmyers@jonesday.com

Robert S. Bennett
Ellen Kennedy
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
robert.bennett@hoganlovells.com
ellen.kennedy@hoganlovells.com

Rebecca N. Brandt
LATHAM & WATKINS LLP
811 Main Street, Suite 3700
Houston, TX 77002
rebecca.brandt@lw.com

Peter A. Wald
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
peter.wald@lw.com

Kevin H. Metz
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
kevin.metz@lw.com

Noelle M. Reed
Charles W. Schwartz
Daniel E. Bolia
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
noelle.reed@skadden.com
charles.schwartz@skadden.com
daniel.bolia@skadden.com

_____
JAMIE J. McKEY